RECEIVED
OVER THE COUNTER
APR 30 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
See attached list

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas D. Johnson

Firm Name: Shearman & Sterling LLP

Post Office Box:

Street Address: 801 Pennsylvania Ave, NW

City-State-Zip: Washington, DC 20004-2634

Telephone & Facsimile Numbers: Tel: 202-508-8022 // Fax: 202-508-8100

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $133, 035, 661. 00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $0.00
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiff(s)

1) Savings of America, Inc., as substitute agent for H.F. Ahmanson & Co. and Subsidiaries

2) Washington Mutual Bank, a Federal Association, as successor in interest to Home Savings of America

3) Washington Mutual, Inc., as successor in interest to H.F. Ahmanson & Co. and Subsidiaries