ORIGINAL

FILED

APR 30 2008

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO HOME SAVINGS OF AMERICA; AND SAVINGS OF AMERICA, INC., AS SUBSTITUTE AGENT FOR H.F. AHMANSON & CO. AND SUBSIDIARIES,
Plaintiffs,

v.

THE UNITED STATES of AMERICA,

Defendant.

No. 08-321 T

**RCFC 40.2 Notice of Directly Related Case(s)**

In a Complaint of even date herewith, Washington Mutual, Inc. ("Washington Mutual"), EIN 91-1653725, as successor in interest to H.F. Ahmanson & Co. and Subsidiaries; Washington Mutual Bank, a Federal Association, as successor in interest to Home Savings of America; and Savings of America, Inc., as substitute agent for H.F. Ahmanson & Co. and Subsidiaries, are instituting a suit for refund of internal revenue taxes erroneously or illegally assessed or collected by the defendant, United States of America.

The aforementioned case is directly related to the earlier filed case of *Washington Mutual, Inc. v. United States*, No. 08-211, assigned to Judge Lynn J. Bush, for reasons pursuant to RCFC 40.2 (a)(1)(A).

1. The same parties are involved.

2. The cases are based on the same or similar claims.

Assignment of this case to Judge Bush is likely to conserve judicial resources and promote an efficient determination of the actions.

Signed: ______________________

Date: April 30, 2008

Thomas D. Johnston
Counsel of Record
c/o Shearman & Sterling LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 508-8022
Fax: (202) 508-8100

Of Counsel:

**SHEARMAN & STERLING** LLP
Steven R. Dixon
801 Pennsylvania Ave., NW
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Fax: (202) 508-8100

**MILLER & CHEVALIER** Chartered
Maria O'Toole Jones
Trever K. Asam
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 626-5800
Fax: (202) 626-0858

**GIBSON, DUNN & CRUTCHER,** LLP
Joel A. Feuer
Dora R. Arash
Julian W. Poon
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520