ORIGINAL

FILED
APR 30 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO HOME SAVINGS OF AMERICA; AND SAVINGS OF AMERICA, INC., AS SUBSTITUTE AGENT FOR H.F. AHMANSON & CO. AND SUBSIDIARIES,
Plaintiffs,

v.

THE UNITED STATES of AMERICA,

Defendant.

No. 08-321 T

## RCFC 7.1 DISCLOSURE STATEMENT

In a Complaint of even date herewith, Washington Mutual, Inc. ("Washington Mutual"), EIN 91-1653725, as successor in interest to H.F. Ahmanson & Co. and Subsidiaries; Washington Mutual Bank, a Federal Association, as successor in interest to Home Savings of America; and Savings of America, Inc., as substitute agent for H.F. Ahmanson & Co. and Subsidiaries, are instituting a suit for refund of internal revenue taxes erroneously or illegally assessed or collected by the defendant, United States of America. Washington Mutual Bank, a Federal Association, and Savings of America, Inc., are wholly owned subsidiaries of Washington Mutual. As a nongovernmental corporate party to a civil action in this Court, Washington Mutual is required to file this Disclosure Statement pursuant to RCFC 7.1:

1. There is no parent corporation of Washington Mutual.

2. There is no publicly held corporation that owns ten percent or more of Washington Mutual's stock.

Signed: [signature]

Date: April 30, 2008

Thomas D. Johnston
Counsel of Record
c/o Shearman & Sterling LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 508-8022
Fax: (202) 508-8100

Of Counsel:

**SHEARMAN & STERLING** LLP
Steven R. Dixon
801 Pennsylvania Ave., NW
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Fax: (202) 508-8100

**MILLER & CHEVALIER** Chartered
Maria O'Toole Jones
Trever K. Asam
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 626-5800
Fax: (202) 626-0858

**GIBSON, DUNN & CRUTCHER,** LLP
Joel A. Feuer
Dora R. Arash
Julian W. Poon
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520