IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON MUTUAL, INC., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-321 T |
| | ) | Judge Lynn J. Bush |
| THE UNITED STATES, | ) | ADR Judge Marian Blank Horn |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: May 22, 2008

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0840
Fax: (202) 514-9440