# In the United States Court of Federal Claims

No. 08-321 T

(Filed June 26, 2008)

* * * * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC., *
as successor in interest of *
H. F. AHMANSON & CO. and *
SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 25, 2008, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including July 30, 2008, within which to file its answer or other responsive pleading in the above-captioned case. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and defendant shall **FILE** its **Answer/Response** to plaintiff's complaint, on or before **July 30, 2008**.

s/Lynn J. Bush
LYNN J. BUSH
Judge