# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**WASHINGTON MUTUAL, INC.**,

**Plaintiff,**

**WASHINGTON MUTUAL INC., et al.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**Nos. 08-211T, 08-321T**
**Filed: August 12, 2008**
**cc: Judge Bush**

**O R D E R**

As requested by the parties, the court re-schedules the ADR Conference from Wednesday August 6, 2008 to **Thursday, September 4, 2008, 2:30 pm EST.** The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 508-8022 and defendant's counsel at (202) 307-0840.

The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means. A copy of this ADR Order will be provided to the presiding judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**