# In the United States Court of Federal Claims

No. 08-321 T

(Filed August 25, 2008)

* * * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC., *
as successor in interest of *
H. F. AHMANSON & CO. and *
SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 22, 2008, defendant filed an unopposed Motion for Enlargement of Time of twenty-one days, to and including September 19, 2008, within which to file its answer or other responsive pleading in the above-captioned case. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and defendant shall **FILE** its **Answer/Response** to plaintiff's complaint, on or before **September 19, 2008**.

s/Lynn J. Bush
LYNN J. BUSH
Judge