# In the United States Court of Federal Claims

No. 08-321 T

(Filed February 18, 2008)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,       *
as successor in interest of     *
H. F. AHMANSON & CO. and        *
SUBSIDIARIES,                   *
                                *
        Plaintiff,              *
                                *
        v.                      *
                                *
THE UNITED STATES,              *
                                *
        Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On February 5, 2009, the parties filed a Joint Motion for Partial Suspension of Proceedings and,  pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC), filed their Joint Preliminary Status Report (JPSR).  Therein, the parties agree that it is appropriate to defer counts one and three of plaintiff's amended three count complaint pending the outcome of a decision in *Washington Mutual, Inc. v. United States*, Case No. 06-1550, currently pending before the United States District Court for the Western District of Washington, Seattle (the "Western District Case").  In an order dated August 12, 2008, the district court ruled for defendant on its summary judgment motion.  Final judgment is expected to be entered sometime in April, 2009.  Jt. Mot. ¶ 6; JPSR ¶ d.  Once entered, plaintiff intends to appeal the district court's ruling to the United States Court of Appeals for the Ninth Circuit.

Since the parties agree that there is sufficient similarity between the issues that underlie Counts One and Three of plaintiff's complaint  before this court and those set forth in the Western District case, the parties request the court to stay

proceedings in Counts One and Three pending the outcome of plaintiff's appeal to the ninth circuit.  Additionally, the parties suggest the filing of a joint status report within thirty days of the issuance of Ninth Circuit's decision on the Western District case informing the court of the outcome of that case and proposing further proceedings in this matter.

In regard to Count Two, counsel for the respective parties request that the parties be permitted to engage in discovery, explore settlement and determine if filing a dispositive motion is appropriate in lieu of or in addition to trial.  The parties seek permission from the court to complete discovery by September 30, 2009 and to file a Joint Status Report within thirty days following the close of discovery, proposing further proceedings with regard to Count Two in this matter.

For good cause shown, it is hereby **ORDERED** that:

(1)     The parties' motion is **GRANTED** and the Clerk's Office is directed to **STAY** Counts One and Three of this matter until further order of the court;

(2)     The parties are directed to **FILE** a **Joint Status Report on Counts One and Three** within thirty days of the issuance of an appellant decision in the Western District's case;

(3)     The parties are direct to **COMPLETE**  discovery on Count Two, on or before **September 30, 2009**; and

(4)     The parties are directed to **FILE** a **Joint Status Report on Count Two**, on or before **October 30, 2009**, or thirty days after the completion of discovery, whichever is earlier,  proposing a filing schedule for any dispositive motions; informing the court as to whether settlement is feasible and/or any other information which is pertinent with respect to further proceedings leading to the resolution of Count Two in this matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge