IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO HOME SAVINGS OF AMERICA; AND SAVINGS OF AMERICA, INC., AS SUBSTITUTE AGENT FOR H.F. AHMANSON & CO. AND SUBSIDIARIES,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | No. 08-321 T<br><br>The Honorable Lynn J. Bush |

## MOTION TO EXTEND THE DISCOVERY PERIOD

Pursuant to Rule 6.1 of Rules of the United States Court of Federal Claims, Plaintiffs Washington Mutual, Inc., as successor in interest to H.F. Ahmanson & Co. and Subsidiaries; Washington Mutual Bank, a Federal Association, as successor in interest to Home Savings of America; and Savings of America, Inc., as substitute agent for H.F. Ahmanson & Co. and Subsidiaries (collectively, "Plaintiffs") respectfully move for a thirty (30) day extension of the discovery period so that discovery on Count Two of the Complaint shall be completed on or before June 30, 2010.  This is Plaintiffs' ninth request to extend the discovery period.

In support of this motion, Plaintiffs state the following:  On July 6, July 30, September 8, October 13, November 6, December 9, 2009, January 4, 2010, and January 29, the Court granted Plaintiffs' prior motions to extend the discovery period by a total of 240 days until May 31, 2010.  Plaintiffs have continued to work diligently to gather documents and information

necessary to respond to Defendant's pending discovery requests.  To allow sufficient time for Plaintiffs to complete their objections and responses to the pending discovery requests, Plaintiffs requested and Defendant agreed to an additional thirty (30) day extension for service of Plaintiffs' objections and responses.  In exchange, Plaintiffs agreed to move for an additional thirty (30) day extension of the discovery period.  Defendant has informed Plaintiffs' counsel that it does not oppose this motion.

    WHEREFORE, Plaintiffs request that their motion be granted.

Dated:  March 4, 2010

*s/ Maria O. Jones*
Maria O. Jones
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Telephone:  (202) 626-5800
Fax:  (202) 626-5801
Email:  mjones@milchev.com

*Counsel of Record for Plaintiff*
*Washington Mutual, Inc.*

    *s/ Ellis L. Reemer by s/ Maria O. Jones*
Ellis L. Reemer
DLA PIPER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Fax:  (212) 335-4501
Email:  Ellis.Reemer@dlapiper.com

*Counsel of Record for Plaintiff*
*Washington Mutual Bank*

                *s/ Bruce E. Clark by s/ Maria O. Jones*
------------------------------------------------

Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588
Email:  clarkb@sullcrom.com

*Counsel of Record for Plaintiff
Savings of America, Inc.*

*Of Counsel for Plaintiff Washington Mutual, Inc.*:
Steven R. Dixon
MILLER & CHEVALIER Chartered
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 626-5800
Fax: (202) 626-0858

Joel A. Feuer
Dora R. Arash
Kirsten R. Galler
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Of Counsel for Plaintiff Washington Mutual Bank*:

John J. Clarke, Jr.
DLA PIPER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Fax: (212) 335-4500

Tamara L. Shepard, Esq.
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 836-2500
Fax: (415) 836-2501

*Of Counsel for Plaintiff Savings of America, Inc.:*

Brent J. McIntosh
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-6930
Fax: (202) 293-6330

**CERTIFICATE OF SERVICE**

On this 4th day of March 2010, I hereby certify that, pursuant to Local Rule 5.3 of the Rules of the United States Court of Federal Claims, the foregoing Motion to Extend the Discovery Period and [Proposed] Order Granting Motion to Extend the Discovery Period have been served by electronic means through the Court's transmission facilities on the following counsel of record for Defendant:

    Jennifer Dover Spriggs
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Post Office
    Washington, D.C. 20044
    (202) 307-0840

*s/ Maria O. Jones*