# In the United States Court of Federal Claims

No. 08-321 T

(Filed March 5, 2010)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,        *
as successor in interest of     *
H. F. AHMANSON & CO. and        *
SUBSIDIARIES, et al.,           *
                                *
        Plaintiffs,             *
                                *
              v.                *
                                *
THE UNITED STATES,              *
                                *
        Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

      On March 4, 2010, plaintiffs filed a Motion to Extend Discovery Period. Therein, plaintiffs request an unopposed thirty day extension for discovery related to Count Two of the complaint, to and including June 30, 2010.  Accordingly, it is hereby **ORDERED** that the parties shall **COMPLETE** all discovery related to Count Two on or before **June 30, 2010**, and that the parties shall **FILE** a **Joint Status Report** on Count Two, on or before **July 15, 2010**, or thirty days after the completion of discovery, whichever is earlier, proposing a filing schedule for any dispositive motions; informing the court as to whether settlement is feasible and/or any other information which is pertinent with respect to further proceedings leading to the resolution of Count Two in this matter.

                                                                            s/Lynn J. Bush  
                                                                           LYNN J. BUSH  
                                                                           Judge