# In the United States Court of Federal Claims

No. 08-321 T

(Filed September 3, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WASHINGTON MUTUAL, INC., | \* |
| as successor in interest of | \* |
| H. F. AHMANSON & CO. and | \* |
| SUBSIDIARIES, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On August 30, 2013, the parties filed a Joint Motion for Enlargement of Time. Therefore, the parties request various enlargements of time to the court's discovery order issued on February 15, 2013 on Counts I and III of the compliant in this matter. For good cause shown, it is hereby **ORDERED** that:

(1) The parties' Joint Motion for Enlargement of Time is **GRANTED**;

(2) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions shall be **COMPLETED** on or before **October 15, 2013**.

(3) The parties shall comply with all requirements of RCFC 26(a)(2) with respect to disclosure of expert testimony. On or before **November 12, 2013**, the parties shall exchange **expert reports**; on or before **December 16, 2013**, the parties shall exchange **expert rebuttal reports**; and, on or before **February 14, 2014, expert discovery and/or depositions** shall be completed.

(4) On **February 24, 2014**, or two weeks after the completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in this case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. In the event that any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

s/Lynn J. Bush
LYNN J. BUSH
Judge