# In the United States Court of Federal Claims

No. 08-321 T

(Filed October 8, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,        *
as successor in interest of     *
H. F. AHMANSON & CO. and        *
SUBSIDIARIES, et al.,           *
                                *
             Plaintiffs,        *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
             Defendant.         *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 2, 2013, the parties filed a Joint Motion for Protective Order in this matter.  Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**, and a separate protective order will issue on this date.

/s/Lynn J. Bush
LYNN J. BUSH
Judge