# In the United States Court of Federal Claims

No. 08-321 T

(Filed October 23, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,           *
as successor in interest of        *
H. F. AHMANSON & CO. and           *
SUBSIDIARIES,                      *
                                   *
      Plaintiff,                   *
                                   *
         v.                        *
                                   *
THE UNITED STATES,                 *
                                   *
      Defendant.                   *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On October 11, 2013, defendant filed an unopposed Motion For Enlargement of Time of thirty-one days, to and including November 25, 2013, within which to file its amended answer or otherwise response to plaintiff's first amended complaint in this matter. Accordingly, it is hereby **ORDERED** that defendant motion is **GRANTED**.

s/Lynn J. Bush  
LYNN J. BUSH  
Senior Judge
