# In the United States Court of Federal Claims

No. 08-321 T

(Filed November 5, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,            *
as successor in interest of         *
H. F. AHMANSON & CO. and            *
SUBSIDIARIES, et al.,               *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On October 31, 2013, pursuant to the court's order of September 17, 2013, the parties filed a Joint Status Report. Therein, the parties report that they continue to work towards a resolution of Count II in this matter and request that the court continue the current stay. The parties propose to file a Joint Status Report, on or before December 16, 2013, advising the court of the parties' progress in resolving this matter administratively.

Accordingly, it is hereby **ORDERED** that the Clerk's Office shall continue the stay of Count II until further order of the court; and the parties shall **FILE** a **Joint Status Report**, on or before **December 16, 2013**, advising the court of settlement progress and proposing further proceedings on Count II in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge