# In the United States Court of Federal Claims

No. 08-321 T

(Filed November 12, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,         *
as successor in interest of      *
H. F. AHMANSON & CO. and         *
SUBSIDIARIES, et al.,            *
                                 *
        Plaintiffs,              *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
        Defendant.               *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On November 8, 2013, the parties filed a Joint Motion for Enlargement of Time to complete expert discovery on Counts I and III in this matter. The parties request the following enlargements of time: (1) thirty days from November 12, 2013, to and including December 12, 2013, for the parties to disclose experts and exchange their reports; (2) thirty-nine days from December 16, 2013, to and including January 24, 2014, for the parties to disclose rebuttal experts and to exchange their reports; (3) twenty-eight days from February 14, 2014, to and including March 14, 2014, for the parties to complete all expert discovery and/or depositions; and (4) thirty-two days from February 24, 2014, to and including March 28, 2014, for the parties to file a Joint Status Report informing the court the status of proceedings in this matter.

Accordingly, it is hereby **ORDERED** that

    (1)    The parties' Joint Motion For Enlargement of Time is **GRANTED**;

(2) The parties shall comply with all requirements of RCFC 26(a)(2) with respect to disclosure of expert testimony. On or **December 12, 2013**, the parties shall exchange **expert reports**; on or before **January 24, 2014**, the parties shall exchange **expert rebuttal reports**; and, on or before **March 14, 2014, expert discovery and/or depositions** shall be completed.

(3) On **March 28, 2014**, or two weeks after the completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in this case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶ ¶ 14 through 17. In the event that any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge