# In the United States Court of Federal Claims

No. 08-321 T

(Filed December 2, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,      *
as successor in interest of   *
H. F. AHMANSON & CO. and      *
SUBSIDIARIES,                 *
                              *
     Plaintiffs,              *
                              *
          v.                  *
                              *
THE UNITED STATES,            *
                              *
     Defendant.               *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On November 25, 2013, defendant filed an unopposed Motion For Enlargement of Time of eleven days, to and including December 6, 2013, within which to file its amended answer or otherwise respond in the above-captioned case. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                               s/Lynn J. Bush
                                               LYNN J. BUSH
                                               Senior Judge