# In the United States Court of Federal Claims

No. 08-321 T

(Filed December 11, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,          *
as successor in interest of       *
H. F. AHMANSON & CO. and          *
SUBSIDIARIES,                     *
                                  *
        Plaintiffs,               *
                                  *
              v.                  *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On December 6, 2013, defendant filed an unopposed Motion For Enlargement of Time of five days, to and including December 11, 2013, within which to file its amended answer or otherwise respond in the above-captioned case. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                            s/Lynn J. Bush
                                            LYNN J. BUSH
                                            Senior Judge