# In the United States Court of Federal Claims

No. 08-321 T

(Filed December 18, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,          *
as successor in interest of       *
H. F. AHMANSON & CO. and          *
SUBSIDIARIES, et al.,             *
                                  *
            Plaintiffs,           *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On December 13, 2013, pursuant to the court's order of November 5, 2013, the parties filed a Joint Status Report. Therein, the parties report that they continue to work towards a resolution of Count II in this matter and request that the court continue the current stay. The parties propose to file a Joint Status Report, on or before February 18, 2014, advising the court of the parties' progress in resolving this matter administratively.

Accordingly, it is hereby **ORDERED** that the Clerk's Office shall continue the stay of Count II until further order of the court; and the parties shall **FILE** a **Joint Status Report**, on or before **February 18, 2014**, advising the court of settlement progress and proposing further proceedings on Count II in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge